| | |
|---|---|
| Jacob A. Schroeder (SBN 264717) <br> jacob.schroeder@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 3300 Hillview Avenue <br> Palo Alto, California  94304 <br> Telephone:     (650) 849-6600 <br> Facsimile:     (650) 849-6666 | James J. Foster <br> jfoster@princelobel.com <br> Aaron S. Jacobs <br> ajacobs@princelobel.com <br> PRINCE LOBEL TYE LLP <br> One International Place, Suite 3700 <br> Boston, MA 02110 <br> Tel: (617) 456-8000 |

(*Additional counsel on signature page*)

*Attorneys for Defendants,*                          *Attorneys for Plaintiffs,*
*LG Electronics, Inc.*                                       *Uniloc USA Inc. and*
*LG Electronics U.S.A., Inc., and*                  *Uniloc Luxembourg S.A.*
*LG Electronics MobileComm USA, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA INC. and <br> UNILOC LUXEMBOURG S.A., <br><br>                Plaintiffs, <br><br>             v. <br><br> LG ELECTRONICS, INC., <br> LG ELECTRONICS U.S.A., INC., and <br> LG ELECTRONICS MOBILECOMM USA, INC., <br><br>                Defendants. | Case No. 3:18-cv-02916-WHA <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE (FEDERAL CIVIL RULE 41(a)(1)(A)(ii))** |

        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. and Defendants, LG Electronics U.S.A., Inc., LG Electronics Mobilecomm U.S.A., Inc. and LG Electronics, Inc. stipulate to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1   Pursuant to Civil Local Rule 5-1(i)(3), I, Aaron S. Jacobs, hereby attest that counsel for

2   Defendants concurred in the filing of this document.

3                                                                    By: */s/ Aaron S. Jacobs*
                                                                      Aaron S. Jacobs
4

5   Dated: June 22, 2018

6

7    */s/ Jacob A. Schroeder*                          */s/ Aaron S. Jacobs*
     Jacob A. Schroeder                                James J. Foster
8    State Bar No. 264717                              Aaron S. Jacobs
     FINNEGAN, HENDERSON, FARABOW,                     PRINCE LOBEL TYE LLP
9      GARRETT & DUNNER, LLP
                                                       *Attorneys for Plaintiffs,*
10   *Attorney for Defendants,*                        *Uniloc USA Inc. and*
     *LG Electronics, Inc.*                            *Uniloc Luxembourg S.A.*
11   *LG Electronics U.S.A., Inc., and*
     *LG Electronics MobileComm USA, Inc.*

12

13   Of Counsel:

14   Gerald F. Ivey (*pro hac vice* to be filed)
     gerald.ivey@finnegan.com
15   Anand K. Sharma (*pro hac vice* to be filed)
     anand.sharma@finnegan.com
16   J. Preston Long (*pro hac vice* to be filed)
     j.preston.long@finnegan.com
17   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, LLP
18   901 New York Avenue, N.W.
19   Washington, D.C. 20001-4313
     Telephone: (202) 408-4000
20   Facsimile:  (202) 408-4400

21
     Minjae Kang (*pro hac vice* to be filed)
22   minjae.kang@finnegan.com
     FINNEGAN, HENDERSON, FARABOW,
23     GARRETT & DUNNER, LLP
     Two Freedom Square
24   11955 Freedom Drive
     Reston, VA  20180-5675
25   Telephone: (571) 203-2700
     Facsimile:  (571) 203-2777
26

27

28

Joint Stipulation of Dismissal Without Prejudice                2                Case No. 3:18-cv-02916-WHA
(Federal Civil Rule 41(a)(1)(A)(ii))

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system, in accordance with the Court's Local Rules.

*/s/ Aaron S. Jacobs*